1    A    December.

2    Q    December?

3    A    Um-hum, '96.

4    Q    You have to answer yes or no.

5    A    Yes.

6    Q    Do you recall early December, mid December?

7    A    No, I don't remember.

8    Q    Back in 2001 you were asked a similar question

9  and you answered it was a couple of weeks before she

10  died.  Does that sound accurate?

11    A    Yes.

12    Q    And did you hook up with him when he got back

13  into town?

14    A    Yes.

15    Q    At some point he being Kazar, Mr. Williams,

16  told you that he thought Iris had turned him in or set

17  him up, correct?

18    A    No.

19    Q    Let me refer you to page six of the grand jury

20  testimony.  If you could review that for me.   13

21  through 25, just read it to yourself.

22    A    Yep.

23    Q    What does that indicate?

24    A    It says that he said he thought Iris might have

25  set him up.

1    Q    And that Iris had turned him into crime

2  stoppers or something like?

3    A    That's what it says.

4    Q    That's what you said back if 2001, correct?

5    A    Yes.

6    Q    When you had been at your mother's and her

7  house burned and you ended up with Iris or at Iris and

8  Cuzzo's apartment --

9    A    Yes.

10    Q    -- from your testimony I gather that you

11  were -- Kazar was not living there with you but he was

12  spending the nights?

13    A    Right.

14    Q    Mr. McCormack talked about these mattresses and

15  showed you that picture.  Were the mattresses in the

16  living room up against the wall?  That's what you were

17  sleeping on?

18    A    Yes.

19    Q    You would get those down and you and Kazar

20  would sleep on that?

21    A    Yes.

22    Q    You knew Iris to have a gun?

23    A    Yes.

24    Q    And where did she keep that gun?

25    A    She had like a little bookshelf in the bedroom,

1 a little alcove.

2     Q    If I could refer you to page 10 of your

3 testimony, just the bottom part maybe 21 to 25.

4     A    Okay.  It was just an open space.

5     Q    So a closet off the steps is how you described

6 it back then?

7     A    Back then it was fresh in my memory.

8     Q    I understand that.  You knew Kazar to carry a

9 gun?

10     A    Yes.

11     Q    You knew Kazar to carry more than one gun?

12     A    Yeah.

13     Q    I'm still confused about when you talked to

14 Iris and she told you that she was putting Tyshaunt's

15 stuff out.  You believe that was after you had left,

16 correct?

17     A    Yes.

18     Q    And you had left that prior weekend?

19     A    I think it was a Friday.  When I went to work I

20 didn't go back to her house.

21     Q    Now, you said you had to leave because you

22 weren't -- well, because her sister was coming into

23 town?

24     A    Um-hum.

25     Q    You have to answer yes.

1     A    Yes.

2     Q    And you told the grand jury you had had an

3 argument by the time you left?

4     A    It was around that time.  It could have been

5 that weekend after I left.  It was ten years ago.  I'm

6 not real sure of the sequence.

7     Q    I understand.  But back in 2001, obviously

8 earlier than today, you indicated to the grand jury

9 that we had been at her house, me and Kazar, and had an

10 argument by the time I left.  Do you recall saying

11 that?

12    A    Okay, yes.

13    Q    And by that Monday you weren't speaking?

14    A    Right.

15    Q    But she called you at work?

16    A    I called her.  It should have been I called

17 her.  We had another argument.  In that conversation

18 that's when it was said.

19    Q    Your grand jury testimony on page 15, if you

20 could just look at that page, probably from lines 10 to

21 the end.

22    A    I called her.  I was working a temp job.  She

23 didn't have a number to call me.

24    Q    You would agree though in your grand jury

25 testimony you stated that she called you?

1    A   Right.

2    Q   And that was the last time you would have
3 talked to her, correct?

4    A   Right.

5    Q   At that time when you talked to her she had
6 already told you that she had put his stuff out?

7    A   Was putting his stuff out.

8    Q   Okay.  You had a fight with her on Monday.
9 You talked -- you had a fight with her.  You had talked
10 to her on Monday.  When she called your job you had
11 more words, correct?

12    A   Yes.

13    Q   But at that time she said she was packing his
14 stuff up and putting it out?

15    A   Right.

16    Q   You think Iris was afraid of Kazar, correct?

17    A   I don't know.

18    Q   Page 20 of your grand jury testimony, once
19 again lines 6 through 9.  Back in 2001 when you
20 testified to the grand jury you were asked if you
21 thought Iris was afraid of Kazar, correct?

22    A   I guess it states there that I think she might
23 have been.

24    Q   It's more than that.  Your answer was, yes, she
25 said she was, correct?

1     A    Yes.

2     Q    Do you recall how you described Iris back then?

3     A    It says that I said she was feisty.  She was a

4 fighter.

5     Q    She would try to fight someone off?

6     A    She wasn't going to let anybody do anything to

7 her.

8     Q    When you were staying with Iris, she had

9 already bought gifts for her daughter, Brittany,

10 correct?

11     A    Correct.

12     Q    And they were in the living room with the

13 Christmas tree?

14     A    Right.

15     Q    And after her death you had heard a lot of

16 things about this case on the street?

17     A    Yes.

18     Q    In fact, one of the things you told the grand

19 jury --

20     MR. McCORMACK:  I object to anything she heard

21 about, Your Honor.

22     THE COURT:  Sounds like it to me, Mr. Muller.

23     MR. MULLER:  Okay.  I'll go back.

24 BY MR. MULLER:

25     Q    At one point when you were with Kazar he tried

1   to strangle you; is that correct?

2               MR. McCORMACK:  Objection, Your Honor.

3               THE COURT:  Approach.

4               (The following discussion is held at sidebar:)

5               MR. MULLER:  He had the pathologist go into

6   great detail how this victim was strangled, about the

7   breaking the bone in the neck, the ligature, the

8   strangulation, whatever it was, a hand or something

9   else.  This is our other suspect.  She got a PFA

10  against him because he strangled her.

11              MR. McCORMACK:  This is not relevant to this

12  case at all.  It's not relevant to this case at all.

13  You said that's not coming in.

14              THE COURT:  I'm not so sure I said that in the

15  context of this testimony.

16              MR. McCORMACK:  Because she didn't --

17              THE COURT:  Not knowing at that time that the

18  pathologist was going to mention strangulation as he

19  did, I don't know, why isn't it relevant?  If their

20  position is, I mean, let's not put too fine a point on

21  it.  I don't know.  You don't know exactly where the

22  Defendant is going in the defense, as I suspected, says

23  he didn't do it.  Period.  A lot of stuff we've been

24  hearing is not terribly relevant.  He said he wasn't

25  there.  In this case I think it's relevant.  I didn't

1  do it.  Someone else must have.  There's no question we

2  have a deceased victim, who was the victim of a violent

3  attack.  There's already been mention that this other

4  individual was in the residence at or shortly after the

5  time of death although we never established that either

6  frankly, but I think it's relevant.

7                (The discussion at sidebar is concluded.)

8                THE COURT:  Objection overruled.  Restate the

9  question again.

10               THE WITNESS:  Can you repeat the question?

11  BY MR. MULLER:

12      Q    You had reported or testified to the grand jury

13  that Kazar had strangled you one time?

14      A    Correct.

15      Q    That's correct?

16      A    Correct.

17               MR. MULLER:  That's all I have.

18               THE COURT:  Any redirect?

19

20                     REDIRECT EXAMINATION

21

22  BY MR. McCORMACK:

23      Q    That was before December of 1996, correct?

24      A    Correct.

25      Q    And in December of 1996 you and Kazar were back

1 together?

2     A   Correct.

3     Q   The phone call that -- about Kazar, you said

4 there was some conversation, I think Mr. Muller pointed

5 out to you in the transcript, about Iris snitching on

6 him or something like that. Did he ever make a big

7 deal of that, I'm going to get her or anything like

8 that?

9     A   No.

10     Q   And Iris allowed him to come live in her home?

11     A   Correct.

12     Q   The conversation you had with her about this

13 Defendant --

14     A   Correct.

15     Q   -- when did that take place in relationship to

16 her death, the one you had over the phone?

17     A   It would have been that Monday, a few days

18 before her death.

19     Q   It was a few days before her death?

20     A   Um-hum.

21     Q   You have to say yes or no.

22     A   Yes.

23     THE COURT:  Thank you.

24     MR. McCORMACK:  I have nothing further.

25     MR. MULLER:  Just briefly.

RECROSS EXAMINATION

BY MR. MULLER:

Q   So after he strangled you you got back together with him?

A   Correct.

Q   Are you still together with him?

A   No.

Q   You had stated earlier Iris was afraid of Kazar?

A   I was afraid of him.

Q   That's not the question.  You stated earlier --

A   She stated that she was afraid of him?

Q   Yes.  And at one point you were asked if -- certainly if that was the case why did she let him or you to come live there?  Do you remember that?

A   I'm sorry?

MR. MULLER:   The Court's indulgence.

BY MR. MULLER:

Q   Page 21 of the grand jury --

THE COURT:  I did not understand the question you asked either.  Would you rephrase it?

MR. MULLER:  Sure.

BY MR. MULLER:

Q   If Iris was afraid of him, why did she let him

1  come stay with you?

2      A    I don't think she was afraid of him just

3  something she just stated.  If she was afraid of him

4  why would she let him back into her house?

5      Q    Do you recall it was because she was your

6  friend and you were dating him?

7      A    No, I don't recall it, but I'm sure it's there.

8      Q    I don't want to put words in your mouth.  Look

9  at page 21 lines 23 down to the top of the next page.

10     A    Yes.  That's what it says.  I can't answer that

11 because she let him come in her house.

12     Q    And you were always in the house when he was

13 there?

14     A    Correct.

15         MR. MULLER:  Thank you.

16         THE COURT:  Anything else of this witness?

17         MR. McCORMACK:  No, Your Honor.

18         THE COURT:  Thank you, Ms. Mills.  You may step

19 down.

20         MR. McCORMACK:  At this time I call Kwajalyn

21 Jackson.

22

23              KWAJALYN JACKSON,

24 having been sworn, was examined and testified as

25 follows:

## DIRECT EXAMINATION

BY MR. McCORMACK:

    Q    Could you please state your name?

    A    Kwajalyn Jackson.

    Q    Spell your first name.

    A    K-W-A-J-A-L-Y-N.

    Q    Now, you're testifying.  The court reporter is trying take down everything you say.  Try not to be too fast.

    A    Okay.

    Q    Iris Fennel or Iris Belcher, how do you know her?

    A    Iris Fennel, she was my sister.

    Q    Were you older or younger than her?

    A    I'm the oldest out of eight.

    Q    Back in 1996 when Iris was killed, where were you living?

    A    In Milwaukee.

    Q    Did you have any plans in the time frame around December 20th or Christmastime that would have brought you back to Harrisburg?

    A    On December 19 I was supposed to come here back to Harrisburg to stay with Iris for a couple of days, and I woke up on the 19th and I took a couple of days

off of work and I just didn't feel like coming.  I just
kind of stayed at home and lounged around the house.  I
talked to her later on.  I told her I would be there
Friday or Saturday.

Q     On the 19th you never came to Harrisburg?

A     No.

Q     Now, are you familiar with the Defendant,
Tyshaunt Love?

A     Yes.

Q     How did you know him?

A     That was my sister's boyfriend.

Q     Could you describe the relationship between --
were you familiar with the relationship between
Tyshaunt Love and your sister?

A     Yes.  I was living in Hall Manor before I went
to Milwaukee and Iris was staying with me.

Q     Staying with you?

A     Yes, me and my son.

Q     Were they dating at the time?

A     Yes.

Q     And what time frame are we talking about here
when you were at Hall Manor?

A     February, March.

Q     1996?

A     Yes.

1    Q    And when Iris was living with you in Hall
2 Manor, can you tell us what was happening?
3    A    Well, yeah, Iris and I had just met him with
4 a -- that's when she first started going with him.
5    Q    Did you know his full name?
6    A    I knew him as Cuzzo.
7    Q    So you had just met him and Iris was staying at
8 your house.  Did any incident occur?
9    A    Yes, he was very possessive of Iris.  He
10 wouldn't argue in front of me because he knew that I
11 wouldn't --
12        MR. MULLER:  Objection to what my client knew
13 or didn't know.
14        THE COURT:  That's speculation.
15 BY MR. McCORMACK:
16    Q    Would you have tolerated that in your home?
17    A    No.  He came in one time, him and her were
18 arguing and I was upstairs and I heard it.  I heard
19 both of them.  I came down the steps and I told Cuzzo
20 he had to get out of my house.  He wasn't going to be
21 arguing with my sister in front of me.  So he left.
22 Well, he went outside and Iris called him to the door.
23 They said whatever they had to say, and she came back
24 in and called a cab for both of them to leave.
25    Q    How about would you ever see him without Iris?

1     A    No.

2     Q    You heard about your sister being involved in

3 the drug trade, haven't you?

4          MR. MULLER:  Objection.  Leading.

5          THE COURT:  Mildly, yes, it is, but I'll allow

6 it.

7 BY MR. McCORMACK:

8     Q    Have you heard about your sister being in the

9 drug trade?

10    A    No, I didn't.

11    Q    Were you aware of her being involved in selling

12 drugs or anything like that?

13    A    No, I wasn't.

14    Q    And your sister never mentioned anything to you

15 about that?

16    A    No.

17    Q    Now --

18         MR. McCORMACK:  Could I have a moment, Your

19 Honor?

20         THE COURT:  Sure.

21 BY MR. McCORMACK:

22    Q    Do you know Iris's home on McCleaster Street?

23    A    Yes, I did.

24    Q    Is that where you were going to be staying on

25 the 20th?

1    A   Yes.

2    Q   And were you ever aware of Iris having a gun?

3    A   I'm sorry?

4    Q   Were you ever aware of Iris having a gun?

5    A   Yes.

6    Q   Do you know where she would have kept that gun?

7    A   Beside the stove there was a hole in the wall,

8 and it was on the side of the stove. That's where she

9 kept it.

10    Q   Now, did you ever have any conversations with

11 Iris concerning -- and I'm talking close in time to

12 when you planned on coming to visit --

13    A   Yes, I talked to her that day.

14    Q   Did you have any conversations with her about

15 her relationship with the Defendant?

16    A   He wasn't supposed to be there when I arrived.

17 A couple of weeks before I was living in Milwaukee we

18 spoke on the phone. They weren't getting along at all

19 and because he was very controlling, and Iris didn't

20 like that. So she told me that she was breaking it off

21 with him and she had said that he was supposed to have

22 all his stuff out of the house by the time I arrived to

23 the apartment.

24    Q   Did you ever witness -- you talked about the

25 arguing in your house, any other arguing between the

1 two of them?

2     A    That particular argument Iris left and like an

3 hour later she called me and said she was coming to the

4 house. When she came to the apartment she had a slap

5 mark on the side of her face. I already knew where it

6 came from and she said --

7           MR. McCORMACK: You can't speculate. You can't

8 speculate.

9 BY MR. McCORMACK:

10     Q    She came home with a slap mark on her face?

11     A    Yes. I asked her -- I knew it came from Cuzzo.

12           MR. MULLER: Objection.

13           THE COURT: I'm not sure I understood that

14 answer. You speculated it did?

15           THE WITNESS: She told me but I already knew.

16 BY MR. McCORMACK:

17     Q    Were there any statements that you ever heard

18 from the Defendant concerning -- you say he was very

19 possessive. Was there ever anything he said that lead

20 you to believe that?

21     A    Well, coming from my sister, she said that he

22 said --

23           MR. MULLER: Objection.

24           THE COURT: That's not the question. The

25 question was, did you ever hear anything from the

Defendant?

        THE WITNESS:  No, I don't speak to him.

BY MR. McCORMACK:

    Q    The person that you were describing as her
boyfriend, is he present in the courtroom today?

    A    Yes.

    Q    Can you point him out for us?

    A    (The witness complies.)

    Q    Could you describe what he's wearing?

    A    I don't know if it's a white or bluish shirt,
glasses.

        MR. McCORMACK:  For the record, may the record
reflect she pointed out the Defendant?

        THE COURT:  Yes.

        MR. McCORMACK:  They are all the questions I
have.


                    CROSS EXAMINATION

BY MR. MULLER:

    Q    How long have you been in Milwaukee?

    A    Three months.

    Q    Now, were you coming back for the holidays?

    A    No.  I was just coming back to visit my sister
because she missed me.  I hadn't been back since I

1  left.

2  Q     And were you going back to Milwaukee after

3  that?

4  A     Yes, I was.

5  Q     How long were you planning to be in Harrisburg?

6  A     Until that Monday -- Thursday to Monday, I took

7  off three days of work.

8  Q     So you stated that you talked to her that day,

9  the 19th, when you were supposed to come down?

10  A     Yes.

11  Q     When did you talk to her on the 19th?

12  A     Early in the morning.

13  Q     And you called her or she called you?

14  A     She called me.

15  Q     You already knew at that time you weren't

16  coming down on the 19th?

17  A     Yes.

18  Q     What was your plan?  When were you going to

19  come down?

20  A     I told her that Friday or Saturday morning.

21  Q     Were you flying in?

22  A     No.

23  Q     Bus?

24  A     Train.

25  Q     Train.  When you had these conversations with

1  her -- let me rephrase that.  You talk about incidents

2  when they were arguing in your house or your apartment.

3     A    Correct.

4     Q    And you've been in Milwaukee for three months.

5  When did that occur?

6     A    When I was living in Hall Manor.

7     Q    And when was that?

8     A    Around February, March.  This was when I

9  first -- when I was introduced to Tyshaunt.

10    Q    February, March of 1996?

11    A    Correct.

12    Q    And that's when this argument would have taken

13 place?

14    A    Yes.

15    Q    Did you have a lot of contact with your sister?

16    A    Yes.

17    Q    I mean, like talk to her every day?

18    A    Not every day.  You mean when I went to

19 Milwaukee?

20    Q    Before that.

21    A    Yes, she lived with me.

22    Q    When did she live with you and for how long?

23    A    I was in Hall Manor for seven months.  She

24 lived with me for seven months off and on.  All her

25 belongings and everything was there.

1     Q    You indicated you were in Milwaukee for three
2   months so you went in August or September, correct?
3     A    Correct.
4     Q    And prior to August or September, she was
5   living with you?
6     A    When I was living in Hall Manor she lived with
7   me.  When I left Hall Manor I was in Milwaukee.  I was
8   in Milwaukee when I left Hall Manor.
9     Q    Was she still in Hall Manor?
10    A    No.  I was living there.  She was living with
11  me.
12    Q    She stayed with you?
13    A    Yes.
14    Q    How often would she stay with you?
15    A    Out of the week I would say about three or four
16  days.  When she didn't she just came and took a shower,
17  got her stuff together and she stayed I guess with her
18  boyfriend.
19    Q    She had other places to stay?
20    A    Correct.
21    Q    When prior to the 19th when had you last talked
22  to Iris?
23    A    I spoke to her at least three, four, five times
24  a week.
25    Q    So had you talked to her the day before?

1    A   I'm not sure.

2    Q   You talked to her some time that week?

3    A   Yes, because, like I said, I was supposed to

4 come down so of course we kept in contact.

5    Q   Had she told you when you talked to her on 19th

6 that there was -- would be room for you because she

7 wanted him out of the house?

8    A   She did tell me that on the 19th.  When I was

9 arriving she said he would not be there, that he was

10 moving his stuff out.

11    Q   He was moving his stuff out?

12    A   Correct.

13    Q   Is that when she told you that -- she had been

14 telling you that for how long?

15    A   For a couple of weeks prior to that.

16    Q   How long have you been planning this trip or

17 how long has that been planned for you to come down?

18    A   It wasn't really planned.  She called me maybe

19 a week before and she said she wanted me to come down

20 and she missed me and I told her I would.

21    Q   She told you she was upset with Mr. Love

22 because she thought he was messing around with someone

23 else?

24    A   I never said that, no.

25    Q   Do you recall speaking to the police back in

1  2001?

2      A    Yes.

3      Q    And, well, have you talked to the police since

4  2001?

5      A    Yes.

6      Q    Are you we talking recently because of this

7  trial?

8      A    Recently because of the trial --

9      Q    Several years ago or anything like that?

10     A    No.

11     Q    2001 was the only time you talked to the police

12 when they interviewed you?

13     A    When they interviewed me, correct.

14     Q    And that's the first time you talked to them

15 about Iris's death?

16     A    Correct.

17     Q    You knew where she kept the gun, right?

18     A    Yes.

19     Q    She showed it to you?

20     A    No.

21     Q    Someone else showed it to you?

22     A    No.

23     Q    You found it?

24     A    She told me that she had a gun and she told me

25 exactly where she had it.

1      Q    She wasn't making a secret out of it?

2      A    Not to her sister, no.

3      Q    During the same conversation, I guess on the

4 19th according to your testimony, she told you -- well,

5 do you know who LaQuan Williams is?

6      A    Yes.

7      Q    Do you recall telling the police that he had

8 stopped by and asked for money that day?

9      A    No.

10      Q    You don't recall telling them that he knew she

11 had told on him and she had to give him some money?

12      A    No.

13      Q    I know you talked to Iris a lot. How often

14 were Iris and Tyshaunt around you?

15      A    Quite often when she lived with me. Like I

16 said, he didn't stay at the house but he came there

17 with her quite often because it was just about always

18 with her.

19         MR. MULLER: That's all I have.

20         MR. McCORMACK: No further questions.

21         THE COURT: I have one. Have you ever been in

22 the apartment where Iris lived?

23         THE WITNESS: Yes.

24         THE COURT: You had come back from Milwaukee at

25 some point prior to December?

1          THE WITNESS:  Correct.

2          THE COURT:  All right.

3          MR. MULLER:  If I could follow up on that.

4

5                    RECROSS EXAMINATION

6

7     BY MR. MULLER:

8          Q    The three months you were in Milwaukee, you had

9     been back through that period?

10         A    In the beginning because my son was here.  I

11    seen Iris's apartment.  I was there for a month before

12    I came back.

13         Q    You say in the beginning, that August,

14    September period?

15         A    When she first got her apartment.

16         MR. MULLER:  Nothing further.

17         THE COURT:  Anything else?

18         MR. McCORMACK:  Nothing further, Your Honor.

19         THE COURT:  You may step down.

20         MR. McCORMACK:  Tamara Williams.

21

22                    TAMARA WILLIAMS,

23    having been sworn, was examined and testified as

24    follows:

25

DIRECT EXAMINATION

BY MR. McCORMACK:

Q    Can you tell me your name?

A    Tamara Williams.

Q    Tamara, how do you know Iris Fennel?

A    Iris is my older sister.

Q    How much of a difference was there between the two of you?

A    Two years.

Q    Now, how old was your sister when she died?

A    Twenty years of age.

Q    Would you hang around your sister in the time period before she died?

A    Quite often.

Q    Were you aware, did you have any knowledge of her ever having any money, how she got her money or anything like that?

A    Yes.

Q    How would she get her money?

A    She would sell drugs to get her money.

Q    And you knew about that?

A    Yes.

Q    Did you ever have any conversations with her about that and the possibility of you being involved in

1 that?

2     A     Yes.

3     Q     What was that about?

4     A     Iris always had a lot of money, and at that

5 time I didn't have any.  When I asked her how did you

6 get it, that's when she told me she was selling drugs,

7 and I asked her can I join her.  Can I sell some for

8 her?  And she looked at me dead in my eyes and told me

9 absolutely not.

10     Q     She wouldn't let you sell for her?

11     A     No.

12     Q     Now, do you know the Defendant in this case,

13 Tyshaunt Love?

14     A     Yes, I do.

15     Q     How did you know him?

16     A     He was Iris's boyfriend.

17     Q     And were you familiar with the type of

18 relationship that Iris -- do you know him by any name

19 other than Tyshaunt Love?

20     A     Cuzzo.

21     Q     Did you ever know him as Tyshaunt Love?

22     A     No.

23     Q     When did you first meet Cuzzo?

24     A     When I went to Iris's house on McCleaster

25 Street he was there and Iris introduced me to him.

1    Q    Were you aware of the relationship?  Could you

2  describe their relationship to the jury?

3    A    Their relationship was quite tight.  What I

4  mean by that, they were always together.  I heard them

5  argue, but only minor, but they were always together,

6  and he was always quiet.  It was usually me and Iris

7  talking.  He was quiet.  He would be behind her or

8  beside her.  Every time I seen Iris I seen Cuzzo.

9    Q    Were there any times when he was looking for

10 Iris?

11   A    Yes.

12   Q    Tell me about that.

13   A    He came to my house looking for my sister and

14 his eyes was really big and he was excited.  He was

15 asking me if I knew where Iris was, and I immediately

16 got afraid because I thought something may have been

17 wrong with her.  So I said, no, I don't where she's at,

18 but I'll help you go look for her.  We would go look

19 for her.  This would be about 2 or 3:00 in the morning.

20 He did this four or five times.  Each time I would go

21 with him and look for my sister.  We usually find her

22 on the block or at home sleeping.

23   Q    So he would come over to your house looking for

24 Iris?

25   A    Yes.

1    Q    Not knowing where she was?

2    A    Right, yes.

3    Q    Would she ever confide in you about any

4  problems she would have with Cuzzo?

5    A    She told me one time when I asked her to come

6  pick me up for a ride, she told me one time that he had

7  hit her after I had noticed a big black eye.

8    Q    Around what time frame are we talking about

9  when you noticed that black eye?

10    A    It was in November because my birthday is in

11  that month, and it was a couple of days before my

12  birthday.

13    Q    November of which year?

14    A    Of 1996.

15    Q    Same year Iris died?

16    A    Yes.

17    Q    Just so we're clear on the record, the person

18  you're referring to as Cuzzo, is he present in the

19  courtroom?

20    A    Yes, he is.

21    Q    Point him out and tell us what he's wearing.

22    A    He's right over there and he's wearing --

23        MR. MULLER:  We'll stipulate she's pointing to

24  Mr. Love.

25        THE COURT:  Thank you.

CROSS EXAMINATION

BY MR. MULLER:

    Q   Ms. Williams, do you recall talking to the police back when this happened?

    A   Yes, I do.

    Q   Do you recall who you talked to?

    A   No, I do not recall who I spoke with when I came down to the Harrisburg Police Department.

    Q   Was that the same day though, do you remember, that they discovered Iris?

    A   No.

    Q   When was the last time you had spoken to Iris?

    A   I had spoken to Iris about a week before she passed away and she was crying over the telephone.

    Q   When?  That's all I'm asking.  A week before?

    A   Yes.

    Q   You had tried to call her on the 19th, correct?

    A   Yes.

    Q   More than once?

    A   Yes.

    Q   And did you ever talk to her?

    A   No.

    Q   Do you recall what times you might have called her on the 19th?

1    A    Between 11 and 12 midnight.

2    Q    11 p.m.

3    A    Yes.

4    Q    Do you recall telling the police that you

5  called her approximately three times, 8:00, 10:00 and

6  1 a.m. on the 20th?

7    A    I don't recall.

8    Q    You agree your memory would have been a lot

9  fresher that day, correct?

10    A    I'm sorry?

11    Q    We're almost nine years later.  You would agree

12  back in 1996 your memory was pretty fresh?

13    A    Yes.

14    Q    After -- where was your house or apartment?

15    A    I was staying on Derry Street.

16    Q    Where on Derry Street?

17    A    1221 Derry, with a friend.

18    Q    Where was that in relation to McCleaster Street

19  where Iris was living?

20    A    Approximately ten blocks right and a block from

21  13th and Market where Iris normally hung out.

22    Q    You would describe your sister as pretty

23  independent?

24    A    Yes.

25    Q    Now, you spoke to the police in 1996 and then

1 you spoke to them again in July of 1999.  Do you recall

2 that?

3     A    I don't recall the dates, but I do recall

4 speaking to them a number of times.

5     Q    Do you recall giving a statement that you

6 signed?

7     A    Yes, I do.

8     Q    When -- let me go back to 1996.  You didn't

9 tell the police any of this about Mr. Love, did you?

10    A    Yes, I did.

11    Q    You did.  Who did you tell?  Do you remember?

12    A    No.  I spoke with -- I'm sure I spoke with the

13 detective and I was telling him everything I knew at

14 that point.

15    Q    Do you recall telling one detective that after

16 talking about the phone calls you could offer nothing

17 additional?

18    A    I'm sorry?

19    Q    Back in 1996 -- let me rephrase it.  I think we

20 know that you talked to a police officer, detective,

21 and told him you had tried to call your sister three

22 times?

23    A    That's correct.

24    Q    Is that the same one that you talked to about

25 Mr. Love and the relationship?

1   A   I don't recall.

2   Q   On that day did you talk to more than one

3   police officer?

4   A   Yes.

5   Q   When it says 1996 you told what you told us

6   today to a police officer?

7   A   Yes.

8   Q   When you gave the statement in 1999, did you

9   ever say anything about Tyshaunt coming over to your

10  house and looking for Iris?

11  A   Yes.

12  Q   I'm going to ask you to look at this and if you

13  could tell the Court what it is, if you recollect.

14  A   This is my signed statement.

15  Q   Back then you signed it.  You had a chance to

16  review it, correct?

17  A   That's correct.

18  Q   If you could just look through there briefly

19  and tell me where you told them that Tyshaunt had come

20  to you four or five times looking for Iris.

21  A   It's not in the statement.  As I said, I spoke

22  to several detectives and gave a statement.

23  Q   The statement that you actually gave and signed

24  in 1999 where in there did you tell them that Tyshaunt

25  had come to you a number of times looking for your

1  sister in the middle of the night?

2      A    I don't see it in the statement.

3      Q    Thank you.  How did you end up talking to the

4  police in 1999?

5      A    I came down to the police department.

6      Q    Why July 13, 1999?

7      A    I wanted to find out what was going on with my

8  sister's case.

9      Q    Is that the first time since 1996 you had gone

10 to check on it?

11     A    No.

12     Q    And do you recall how you came to giving a

13 statement?

14     A    I was asked to.

15     Q    You came down on your own.  You weren't brought

16 down?

17     A    I believe I came down for my brother one time.

18 I came down with my mother one time, and I believe I

19 came down by myself a couple of times.

20     Q    Were you in Dauphin County Prison back then?

21     A    In 1996 or...

22     Q    1999, summer of 1999.

23     A    It's possible.

24     Q    Had you been picked up on June 24, 1999 by the

25 police?

1    A    It's possible, yes.

2    Q    And had you been committed to Dauphin County

3  Prison?

4    A    Yes.

5    Q    When did you get out?

6    A    I'm not too sure.

7    Q    You had a parole violation too, correct?

8    A    That is correct.

9    Q    You were held on a parole violation?

10    A    That's correct.

11    Q    When did you end up going before a judge for

12  your parole revocation?

13    A    I don't recall.

14    Q    You were in for more than a couple of weeks?

15    A    I think it was about three weeks was the

16  longest.

17    Q    So was it during that time you talked to the

18  police?

19    A    No.

20    Q    If you were in for about three weeks you gave

21  the statement on July 13 you were arrested on June

22  24th, what happened?  You got out of Dauphin County

23  Prison went right to the police?

24    A    Yes; probably not right to the police, but I

25  went to the police.

1    Q   And it had nothing to do with you being

2 arrested?

3    A   No.

4    Q   You said your sister wouldn't let you sell

5 drugs?

6    A   That's correct.

7    Q   What were you in prison for?

8    A   I never went to prison.  I was in --

9    Q   That's a prison.  Dauphin County Prison is a

10 prison.

11    A   I went to jail for forgery, a lot of assaults

12 and...

13    Q   And drug charges, correct?

14    A   That's not correct.

15    Q   Back in 1999, June 24th, you weren't arrested

16 for possession?

17    A   I don't recall, no.

18    Q   What were you on parole for?

19    A   Forgery, probation.

20    Q   This time you said that your sister came to

21 your house, I think you said with a black eye?

22    A   Yes.

23    Q   Was anyone else in the house at that time?

24    A   My smaller sisters and my grandmother.

25    Q   Would they have seen Iris's tattoo?

1     A    No. She never got out of the car. She beeped

2 the horn and I came out.

3     Q    Was anyone in the car with her?

4     A    No.

5     Q    Day, night, nighttime?

6     A    Day time.

7     Q    She beeped the horn and you went down to the

8 car?

9     A    Yes.

10     Q    In your statement in 1999 you told the police

11 that you went to your sister's house and saw her with a

12 back eye and that's when she told you.

13     A    I remember because it was close to my birthday

14 and I asked her to come to my home.

15     Q    It was -- when is your birthday?

16     A    November 15th.

17     Q    I'm going to show you page 3 of your statement

18 towards the top. Just look at the highlighted section

19 and read it to yourself.

20     A    Yes.

21     Q    What does that say?

22     A    It said that I went to her house. This was a

23 different time. It wasn't the same time when they came

24 out to my house.

25     Q    There were two times. Did you tell police

1  about more than one time?

2      A    I told the police what they asked me.

3      Q    You told the police what they asked you?

4      A    Yes.

5      Q    You were talking to the police about the

6  relationship between your sister and Tyshaunt?

7      A    That's correct.

8      Q    Look over your statement again and show me in

9  there where you said anything else about your sister

10  having a black eye.

11      A    As I said before, I made numerous statements

12  and I went down to the police department numerous

13  times.

14      Q    That's not the question.

15      A    It's in the statement.

16      Q    There's nothing in the statement you gave in

17  1999 about any other incident, is there?  Yes or no.

18      A    I'm sorry?

19      Q    There's nothing in the statement about any

20  other incident, is there?

21      A    In that statement?

22      Q    In this statement.

23      A    Not in that statement, no.

24      Q    This is the only statement you gave that you

25  signed and adopted as your own, correct?

1    A    No, that's not the only statement.

2    Q    Did you give another recorded or written

3 statement that you signed?

4    A    Yes.

5    Q    You did.  When was that?

6    A    I'm sure in '96, '97.  It was numerous times

7 that I went down to the police department, and there

8 was numerous times where I made a statement.  They were

9 asking me questions and I answered them and I signed.

10    Q    You signed something like that.  And you signed

11 your statements then too.

12    A    Yeah.

13    Q    Did you tell the police about your sister

14 having a black eye when you talked to them in 1996?

15    A    Yes.

16    Q    You did.  Okay.  Just to clarify, you had last

17 spoken to your sister a week before?

18    A    Yes.

19        MR. MULLER:  Nothing further.

20        THE COURT:  Redirect?  One moment, please.

21 Anything further Mr. McCormack?

22        MR. McCORMACK:  Yes.

23

24

25

REDIRECT EXAMINATION

BY MR. McCORMACK:

    Q    The person that your sister said gave her the black eye, who was that again?

    A    Cuzzo.

    Q    And you're sure of that?

    A    I'm positive of that.

    Q    When did that occur?

    A    Some time in November, a couple of days before my birthday.

    MR. McCORMACK:  No further questions.

RECROSS EXAMINATION

BY MR. MULLER:

    Q    You're sure of that.  Just as you're sure as you gave other written statements to the police, correct?

    A    Correct.

    MR. MULLER:  Nothing further.

    THE COURT:  All right.  Thank you.

    MR. McCORMACK:  At this time I call Daelene Saez.

    THE COURT:  While she's entering the courtroom,

1  can I see counsel, briefly?

2         (A discussion is held at sidebar off the

3  record.)

4

5                    DAELENE SAEZ,

6  having been sworn, was examined and testified as

7  follows:

8

9                  DIRECT EXAMINATION

10

11  BY MR. McCORMACK:

12     Q    Could you please state your name for us?

13     A    Daelene Saez.

14     Q    And how do you spell your name?

15     A    D-A-E-L-E-N-E, S-A-E-Z.

16     Q    Do you know Iris Fennel?

17     A    Yes.

18     Q    How long have you known Iris?

19     A    For years.

20     Q    For years?

21     A    Yes.

22     Q    How old do you think you were when you met her?

23  Let me ask you this, how did you meet her?

24     A    I actually met her through Johanna.  Johanna

25  used to work with my mother at the post office, and

1  Johanna, you know, is Brittany's grandmother so that's

2  how I met Iris.

3      Q    Did you know the Defendant in this case?

4      A    Yes.

5      Q    Tyshaunt or Cuzzo, how do you know him?

6      A    I met him through the New York crew.  The New

7  York crew we used to call them.  All guys from New York

8  used to hang together.

9      Q    Do you know how Iris and Cuzzo met?

10      A    Just pretty much seeing each other.  We used to

11  hang with the guys from New York so in one of those

12  gatherings.

13      Q    Do you remember what the gathering was?  You

14  said we hung with the guys from New York.  Who knew

15  Cuzzo first, you or Iris?

16      A    I met him first.  I met him through Cliff and

17  Stan, two other guys from New York who he used to

18  associate with.

19      Q    Do you know where you were when the two of them

20  met?  Were you present when the two of them met?

21      A    Honestly I don't remember.

22      Q    Did you after they met see their relationship

23  grow in any way?

24      A    Yeah.  We hung out together all the time.

25      Q    Did they ever get into more than hanging out

1 together?

2     A    Dating, boyfriend and girlfriend, live in

3 companions.

4     Q    When you would see Iris and Cuzzo, where would

5 you see them?

6     A    Out on the block by my house on Market Street

7 wherever we would meet up.

8     Q    Where was your house?

9     A    15th and Derry, which is like around the corner

10 from the Olympic bar where we used to hang out.

11     Q    Where was the Olympic bar located?

12     A    It's actually on Derry.  I live off of 15th and

13 Derry.  The Olympic is between 14th and 15th Street in

14 between those two streets and I live on 15th.

15     Q    Did you ever see the two of them have any

16 problems in their relationship?

17     A    Yeah.

18     Q    Could you describe that for us?

19     A    They would argue, you know, over accusing

20 somebody else being in the picture.

21     Q    What does that mean?

22     A    That she's seeing someone else.  We would talk

23 on the phone.  He wanted to know who she was talking

24 to, how long we'd been on the phone, she was like I got

25 to go.  He's here.  I got to go.  We would hang up.

1    Q   Anything else you ever witnessed?  Were you

2  ever with her when he would suddenly appear?

3    A   Oh, yeah.  Well, one instance I had got off of

4  work and we always would meet.  She hung up the block

5  and literally see the cab turning down my street.  She

6  came to my house to meet me.  She was were trying to

7  rush me to hurry up.  We was supposed to be up on the

8  block.  When we were ready to walk out the door I had

9  to stop, come back in the house.  When she opened the

10  door Cuzzo was there.  He basically asked what she was

11  doing there.  I came to make up.  You said you were

12  going to be on the porch.  Like there was a red porch

13  we used to hang out.  That's what he called the red

14  porch.  She's supposed to be there.  She wasn't there.

15  I remember him grabbing her from the door.  I had two

16  steps similar to this and then my front door.  He

17  snatched her up.  She basically leaped over the steps

18  and he drug her away.  I remember, like, she was

19  walking away and she turned back and she gives me --

20  I'm sorry -- and I remember her giving me the smile and

21  saying I'll be back.

22    Q   Was that the only time you ever saw that?

23    A   No.  It was occasional tussle.  I had asked her

24  before if, you know, if there was violence and she

25  never really would say yes, always make excuses.

1        MR. GIUNTA:  Objection.  Speculation.
2   BY MR. McCORMACK:
3        Q    What I mean by my question, you talked about
4   him pulling her out of somewhere.
5        A    Yeah.  He did that before on the block.  We
6   would be sitting there hanging out.  She was supposed
7   to be there at a certain time.  She wasn't exactly
8   where she would say.  He would have a fit pretty much
9   because she wasn't where she was supposed to be.
10       Q    Did she ever entrust you with anything?
11       A    Yes.
12       Q    Do you know what she did for a living?
13       A    Yeah.
14       Q    What was she doing for a living?
15       A    Hustling, selling drugs.
16       Q    Were you aware -- go back to the original
17  question.  Did she ever entrust you with anything?
18       A    Yes.
19       Q    What did she entrust you with?
20       A    A safe.
21       Q    And tell me about that.
22       A    I pretty much kept the safe at my house.  She
23  told me she needed a safe place to keep it.  She didn't
24  trust anybody.  I told her she could keep it at my
25  house.  We kept it upstairs.  At one time she wanted to

1  give me a key. I told her she could keep the keys.

2  That's the only way I would take responsibility, if

3  that safe was missing, the safe would walk out of my

4  house and that was the agreement.

5      Q    At any time before she died, did you ever know

6  her being at that safe?

7      A    Yes.

8      Q    What do you recall?

9      A    Earlier that week before she passed.

10     Q    Do you know why she was at the safe?

11     A    Well, I wasn't there when she was at the safe.

12  She called me at work and she told me she -- I guess

13  her and Johanna -- I'm not sure -- Johanna going out

14  Christmas shopping for Brittany. She needed money. I

15  told her to remember she gave me the safe. She wanted

16  to save money not spend it. She said it's

17  Christmastime. I got to get my daughter stuff. I

18  don't get off until after -- she was like, too late.

19  By then you can go to the house. Just tell my sisters

20  when you leave the house, tell them that you borrowed

21  something and she did. When I got home I said to my

22  little sister, thinking she was snitching, Iris was in

23  your room and took something and so I knew that Iris

24  had came to my house.

25     Q    The person that you say came and pulled Iris

1  away, is that person in the courtroom?

2      A    Yes, he is.

3      Q    Tell me where he is and what he's wearing.

4      A    Sitting right there, white or light blue shirt.

5          MR. McCORMACK:  Let the record reflect she

6  identified the Defendant.

7          THE COURT:  Yes.

8          MR. McCORMACK:  Those are all the questions I

9  have.

10         THE COURT:  Cross.

11         MR. GIUNTA:  Thank you, Your Honor.

12

13                CROSS EXAMINATION

14

15  BY MR. GIUNTA:

16     Q    Ms. Saez --

17     A    Yes.

18     Q    -- you and Iris were sort of best friends?

19     A    Yes.

20     Q    You've known her for a very long time?

21     A    Very long time.

22     Q    You would basically trust each other?

23     A    Yeah.

24     Q    And you indicated that you knew of some

25  problems because Iris and Mr. Love would argue?

1    A    Correct.

2    Q    And you testified here today that you witnessed

3 him snatching her up?

4    A    Correct.

5    Q    Could you tell me like when you say he snatched

6 her, what does that mean?

7    A    Grab someone against their will and force them.

8    Q    Grab her arm?

9    A    He didn't grab her arm.  He grabbed her coat

10 and snatched her off the step.

11    Q    This was outside of your residence, correct?

12    A    Correct.

13    Q    This didn't occur inside?

14    A    No, I was inside.  Well, I was at the door.

15 She was leaving the door.  When we opened the door he

16 was basically getting ready to knock at the door.

17    Q    When this occurred at this time Iris was

18 laughing?

19    A    No, she wasn't laughing.  She basically, like,

20 it's like a ha, ha, ha, don't embarrass -- he's pulling

21 her up the block.  He was telling her, pulling her.

22 You don't have to be snatching me up like that.

23    Q    To interpret snatching, you meant she was

24 smiling.  Would you use the word laughing?

25    A    I'm sorry?

1    Q    Would you say smiling?

2    A    It was like an okay.  I'll put an example, when

3 you're embarrassed, something happens to you, you try

4 to play it off, you're still the one in control of the

5 situation.  That's the smile that she gave me.

6    Q    And whenever this occurred she told you I'll be

7 back?

8    A    Well, she mumbled.  I read her lips.

9    Q    She pointed actually at the block, that's where

10 she was going?

11    A    No.  She just looked back at me and said I'll

12 be back.

13    Q    You gave a statement to the police, correct?

14    A    Yes.

15    Q    And do you recall telling the police that she

16 was laughing and said she was would be back silently?

17    A    That's what I just said.  She said it under her

18 breath.  I read her lips.

19    Q    Going on the block you indicated that he drug

20 her?

21    A    Yeah.

22    Q    And how far did this go?

23    A    I don't understand.

24    Q    How far did he drag her?

25    A    That I could actually see them walk up the

1  street.  You have to literally turn down the block --
2  actually turn down the alley before you get to the
3  actual corner of 15th and Derry.  She actually turned
4  down the alley.

5      Q  And at that time do you recall telling the
6  police that you -- when she was going down the block
7  you pointed up the block and she said yes as to where
8  you were going to meet?

9      A  I don't recall.  We always met down the block.
10 That was our spot.  Whenever we broke up the red porch
11 was actually the block where we met.

12     Q  You indicated -- don't tell what you
13 speculate -- you indicate that you had seen bruises on
14 her at one time?

15     A  Correct.

16     Q  And Iris told you that it was from being drunk?

17     A  I'm sorry?

18     Q  It was from being drunk?

19     A  Drugged?

20     Q  Drunk.

21     A  Intoxicated?

22     Q  Yes, intoxicated.

23     A  No.

24     Q  Do you recall again when you spoke to the
25 police telling them that she had a bruise on her cheek,

1   at one time a couple of bruises on her arm, scrape on

2   the knee, the scrape came --

3       A    She always made excuses.

4       Q    I don't want you to speculate what it was.  Is

5   that what she told you?

6       A    Yes.

7       Q    Iris would keep money in a safe that you

8   possessed, correct?

9       A    Correct.

10      Q    And you're one of her oldest friends, she

11  trusted you?

12      A    I guess, yeah.

13      Q    And you indicated that she had come some time

14  earlier in the week to withdraw money to buy Christmas

15  presents?

16      A    Correct.

17      Q    And in that group of people, are you aware of a

18  LaQuan Williams or Kazar?

19      A    Yes.

20      Q    And are you aware that Kazar was staying at

21  Iris's apartment?

22      A    I found that out later on.

23      Q    And do you recall telling the police that Iris

24  was afraid of Kazar?

25      A    Yes.

1    Q    And that speaking about him when you said his

2  name, the hair on her arms would stand up?

3    A    (Nods head.)

4    Q    Just real briefly, you indicated also in your

5  statement to the police that Iris was stressed out

6  about Kazar being in her house?

7    A    Yeah.

8       MR. GIUNTA:  I have no further questions.

9       THE COURT:  Anything further, Mr. McCormack?

10      MR. McCORMACK:  Yes, Your Honor.

11

12              REDIRECT EXAMINATION

13

14  BY MR. McCORMACK:

15    Q    Did you ever see Iris kind of puffy, bruised

16  eye?

17    A    Yes.

18       MR. McCORMACK:  No further questions.

19       MR. MULLER:  The Court's indulgence.

20

21              RECROSS EXAMINATION

22

23  BY MR. GIUNTA:

24    Q    You saw the eye.  Did you indicate to the

25  police that Iris said she didn't know what was wrong

1 with her eye?

2     A    Yes.

3         MR. GIUNTA:  I have no further questions.

4         THE COURT:  All right.  Thank you very much,

5 Mr. Saez.  You may step down.  Just one question I

6 have.  In 1996 --

7         THE WITNESS:  Yes.

8         THE COURT:  I'm confused.  It's been -- Iris

9 was twenty.

10         THE WITNESS:  Um-hum.

11         THE COURT:  And you were...

12         THE WITNESS:  What year is that?  I'm 33 now.

13 I'm older than her.

14         THE COURT:  Any further questions?

15         MR. GIUNTA:  No, Your Honor.

16         MR. McCORMACK:  No, Your Honor.

17         THE COURT:  It's a good time for a break, take

18 a mid-afternoon break.  You're getting so good at this,

19 ladies and gentlemen.  Do not discuss this case amongst

20 yourselves or with anyone else nor talk about any of

21 the testimony.  Enjoy your break.

22         (A brief recess is taken from 2:34 p.m. to 2:52

23 p.m.)

24         MR. MULLER:  Can we approach?

25         THE COURT:  Sure.

1          (A discussion is held at sidebar off the
2   record.)
3          MR. McCORMACK:  Tawana Poteat.
4
5                    TAWANA POTEAT,
6   having been sworn, was examined and testified as
7   follows:
8
9                 DIRECT EXAMINATION
10
11  BY MR. McCORMACK:
12      Q    Ma'am, can you tell us your name?
13      A    Tawana Poteat.
14      Q    Could you spell your first name for us?
15      A    T-A-W-A-N-A.
16      Q    Could you spell your last name for us?
17      A    P-O-T-E-A-T.
18      Q    Tawana, back in 1996 did you know a woman by
19  the name of Iris?
20      A    Yes, sir.
21      Q    And how did you know Iris?
22      A    We were friends.
23      Q    How long had you been friends?  Do you know
24  when Iris died, not necessarily the date?
25      A    About a week or so before Christmas.

1    Q    Prior to Iris's death, how long had you known
2   her?

3    A    Probably five years; we were associates before
4   we became friends.

5    Q    And how close friends did you become?

6    A    Everyday friends.

7    Q    Would you see each other every day?

8    A    Yes.

9    Q    Where would you see each other?

10   A    Market Street and the malls.

11   Q    And the malls?

12   A    Yes.

13   Q    Particularly on Market Street, what would you
14  be doing with Iris on Market Street?

15   A    We sold drugs.

16   Q    Who would be selling drugs?

17   A    Basically everyone on Market Street except for
18  the ones, except the ones who were buying them.

19   Q    Besides Iris and yourself, are there any other
20  people that you could name for us that you knew?

21   A    Yes; Shavetta Maynard.

22   Q    Anyone else?

23   A    Wendy Harris.

24   Q    Anyone else kind of in your little group?

25   A    That was it that morning.  You mean period?

1    Q    I'm talking in general.  I'm not inquiring
2  about any particular day right now.  I'm not trying to
3  ask --
4    A    Iris, myself, Shavetta Maynard, Wendy Harris,
5  several of us females that were out on Market.  Some of
6  them weren't close to us but everybody knew everybody.
7    Q    A bunch of the females were the ones out there
8  dealing drugs?
9    A    And males, a lot of New Yorkers.
10   Q    A lot of New Yorkers?
11   A    Yes.
12   Q    Did you know Cuzzo?
13   A    Yes.
14   Q    How did you know Cuzzo?
15   A    I met him before Iris and I hung out.  I met
16 him from the New York guys that were here first and I
17 met him through them.
18   Q    Did you know any nicknames that he used?  How
19 did you know him?
20   A    I just known him as Cuzzo, and I was told his
21 name was Tyshaunt Love.
22   Q    Did you know any of the New York boys, what
23 they would call him, if you recall?
24   A    Nothing in particular; when we was drinking and
25 laughing in the bar I heard them call him like

1  Schoolboy or like -- like called him a nerd, said he

2  was a nerd.

3      Q    You say you may have met him before you and

4  Iris really became friends?

5      A    Yes.

6      Q    And you said that you and Iris were kind of

7  associates before you even became close friends?

8      A    Yes, sir.

9      Q    Did you ever see Cuzzo hanging around Iris?

10     A    Yes, all the time.

11     Q    Where would you -- who would be around when

12  Cuzzo would be around Iris?

13     A    Myself, the girls that I ran with, the New York

14  boys on Market Street.  The bar we hung in was Fav's

15  bar.  Everyone was in there, was regular patrons,

16  customers.  It was like a Cheers, everybody knew

17  everybody.

18     Q    And when you first saw Cuzzo and Iris, were

19  they boyfriend-girlfriend, dating or anything at the

20  time?

21     A    We just started implying that they were

22  together because she was a little embarrassed to first

23  come forward and say they were together, and then she

24  started admitting that she was with him as boyfriend

25  and girlfriend.

Q    And then did she have a nickname?

A    I'm sorry. I didn't hear you.

Q    Did Iris have a nickname?

A    Blondie.

Q    Do you know why she had that nickname?

A    She died her hair blond, and it was the brightest. That's how she set out.

Q    If you can tell me a little bit about -- since you said that you at the time along with Iris were dealing drugs, was there a particular time you would be out on the streets or times you would be out on the streets? And let me start here, what drug were you and Iris selling?

A    In '96 myself and Iris was selling cocaine, crack cocaine.

Q    When you were out there with Iris and you mentioned some of the other girls, were you kind of all there doing it together or were you all doing it by yourself or how did that work?

A    We were as friends on the street looking out for each other but our business was our own business.

Q    And what times would -- what would be typical times that you would be out dealing, I guess?

A    For a good day it was best to be out there between 5:00 in the early -- in the morning.

1    Q    Okay.  And how did you find this out?

2    A    Well, we just started going as far as the users

3    of the drugs.  The addicts, we work on their time.  If

4    they are sleeping there's no need to be outside to be

5    chased.  If they were outside we come outside with

6    them, and they usually can sleep 12 hours and then come

7    out at 5:00 in the morning.  They sleep and come out

8    anywhere -- start at one and two in the morning.  That

9    was easy for us.  We would come out and catch whoever

10   was coming.

11   Q    You come out at 5:00 in the morning.  How late

12   would you stay out?  How long would you stay out?

13   A    Until about noon, until we go in and nap and

14   freshen up and start the day later.

15   Q    What time would you start the day later?

16   A    The next shift would be the people getting off

17   at 5:00.  We would come back out at 5.

18   Q    How about the spots?  Let's say at five in the

19   morning, where would you go to go selling?

20   A    The 14th Street playground off Market Street

21   behind Kentucky Fried Chicken.  There was a trash can

22   there, was a wine alley on 14th Street that it was safe

23   to hide back there in bushes or someone would have a

24   car and we would go get something to eat.

25   Q    Who would be your customers?  What type of

1  people would be your customers?  I know you mentioned
2  crack addicts.  Anyone else other than like somebody
3  that is really strung out on crack?
4       MR. MULLER:  I'm not sure what the relevance of
5  this is.
6       THE COURT:  Help us out.  How is this relevant?
7       MR. McCORMACK:  As I indicated in opening, the
8  savviness of Iris's ability to make money and how that
9  related to the Defendant, how the Defendant may be
10 jealous of Iris making the money.
11      THE COURT:  It's not really relevant who is
12 buying it.
13      MR. McCORMACK:  As to savviness of whether it
14 would be crack addicts or just people passing through
15 town knowing where to go to get those people.
16      THE COURT:  I don't want to belabor this.
17 Maybe I'm wrong.  I don't think anyone is debating that
18 issue.
19      MR. McCORMACK:  Okay.
20      THE COURT:  I'll allow you leeway but the
21 objection is overruled for now.  Let's get to the
22 point.
23 BY MR. McCORMACK:
24   Q   Would there be other customers besides local
25 Harrisburg customers that you would be looking out for?

1    A    It would be truck drivers.  People, I mean, I

2 don't mean to be blunt, people that look like you and I

3 today.  You never know who is doing what.  You get

4 comfortable with an individual.  They see that

5 individual, the same person, that they deal with.  They

6 come looking for that person.

7    Q    Who would be one of the best hustler of drugs

8 on the street in your little group?

9    A    Females?  I can only speak for females; Iris.

10    Q    You've been talking about how your little group

11 of females, and Iris being part of that, was there a

12 time when Iris kind of moved away from being part of

13 the females?

14    A    Yes.

15    Q    Associated with someone else?

16    A    Yes.

17    Q    Who did she associate with?

18    A    Cuzzo.  Can I say Cuzzo?  I'm not used to

19 saying Tyshaunt.

20    Q    That's what you knew him as?

21    A    Yes.

22    Q    That's what you used?

23    A    Cuzzo.

24    Q    How did the relationship between you and Iris

25 and the rest of the girls change?

1    A    We still spoke every day that we saw her.  But
2  she started hustling -- at the time he was her man.
3  She started looking out for him.  They became a team,
4  just him and her.

5    Q    Was there anything that you would ever say to
6  him and her?  Would there be any type of competition
7  between you?

8    A    Yes.

9    Q    Describe that.

10   A    They come out the same time that we come out in
11 the mornings.  Majority of the time they were already
12 outside.  Back then it would make us -- dag, they beat
13 us to it.  They would laugh.  We would joke with him.
14 He would say something along the line, we ate them up.
15 We ate, me and my girl, bragging.  But it was never
16 like, we weren't arguing with them.  We knew we had to
17 get out there because Cuzzo was out there.  That's just
18 how that went.

19   Q    Do you know who was the better hustler of the
20 two of them between Iris and Cuzzo?

21   A    Yes.

22   Q    Who?

23   A    Iris.

24   Q    Could you describe Iris and Cuzzo's
25 relationship, what it was like, how they acted around

1 one another?

2     A    In my opinion --

3     Q    We can't hear your opinion.

4     A    Okay. Well, what I seen and what I know as far

5 as them being around each other, he was always around

6 her. They came out together. They would sit in Fav's

7 bar together. If she had to leave off and make any

8 transactions, after a while he would get antsy, where

9 is she? come looking for her. I saw his down days

10 about her, upset about her. She got into it. He would

11 be sitting outside looking sad on the playground. Some

12 times I would make a comment, did you have a fight,

13 your glasses are broken and he would say --

14     Q    Some days you would see him down?

15     A    Yes.

16     Q    When they were broken up?

17     A    Yes.

18     Q    Now, do you recall the last time that you saw

19 Iris?

20     A    Yes, sir.

21     Q    Where was the last time you saw Iris?

22     A    In Fav's bar on 14th and Market.

23     Q    In timewise, not necessarily the exact time but

24 timewise in relation to when she was found dead, how

25 soon before her death did you last see her?

    A    The night before, between 11:30 and 11:45 the
night before her murder.

    Q    I'm sorry.  I didn't hear the time.

    A    Between 11:30 p.m. and 11:45 p.m. the night
before.  However, it was before midnight.

    Q    Before midnight?

    A    Yes, sir, because -- yes, sir.

    Q    Where you saw her, where was that again?

    A    In Fav's bar.

    Q    Tell me what you saw and tell me what you saw
in Fav's bar.

    A    The last I seen her at the junk box putting in
coins playing music.  She got my attention by saying
I'm getting ready to go.  It threw me because it wasn't
midnight yet, and I said to her -- the B word -- you
leaving early?  And she was like, yeah, this mother
fucker is getting on my nerves.  I was like, oh.  She
went to walk -- to go to the door.  I was like 5:00 in
the morning that we'll meet up again, and he came and
walked up the ramp.  There was a ramp in the bar.  I
don't want -- he gave a pound.  When I say pound, shit,
they hand a pound, man, saying he was going in and she
left out and that was the last time I saw her.

    Q    Now, when she walked out, where did she say she
was going?

1    A    Home.

2    Q    You say that he then came out behind her,

3  walked out behind her?

4    A    She wasn't out the door yet.  It's a ramp, like

5  that much space.  She whispered to me what he was

6  saying.  He was behind her coming up the ramp, a couple

7  of steps behind.  I'm going in early already and that's

8  when she stated about M-F'er, getting on her nerves,

9  mouthing it with her teeth.  I saw him coming up the

10  ramp.

11    Q    Who was she referring to when she said the

12  person is getting on her nerves?

13    A    Cuzzo.

14    Q    That's the last time you saw her.  Did you see

15  Cuzzo again at any time?

16    A    Yes, sir, the next morning.

17    Q    Do you recall when it was?  When did you get up

18  the next morning?

19    A    5:00.

20    Q    And what did you do when you got up at 5:00 the

21  next morning?

22    A    I stayed the night at my cousin's in Hall

23  Manor.  I paged Iris and Wendy, if you're going outside

24  it was that time.

25    Q    Did you get a call back from Iris?

1    A    No, sir.

2    Q    Then did you go anywhere that morning?

3    A    Yes.  But we didn't make it out until about

4 close to 8:00 in the morning.  We didn't get like our

5 normal 5:00 because after we had made a couple of pages

6 and caught a cab.

7    Q    When you say we, who is we?

8    A    I spent the night with my cousin, Shavetta

9 Maynard.

10    Q    Where did you take the cab to?

11    A    Well, first we stopped at Iris's house in the

12 alleyway, and we didn't get no answer.  We went down

13 Market Street.

14    Q    Tell me about stopping at Iris's house.  What

15 did you do?

16    A    Got out, knocked on the door; no one answered,

17 and it smelled like food so we started making jokes,

18 cursing, telling her to come out, and laughing, telling

19 the cab driver to beep the horn and we left.

20    Q    Where did you go after you went out to Iris's?

21    A    The cab dropped us off at Fav's bar on 14th and

22 Market.

23    Q    And then what happened?

24    A    The normal; we went in, got me a cranberry and

25 orange juice.  They open up early.  Came back out the

front of the bar.  I saw a customer of mine across the
street on the other side of the street where Kentucky
Fried Chicken used to be at one time.  I went across
the street to make a transaction and as I was crossing,
I mean, I saw Cuzzo and a guy coming around the corner,
and I heard my cousin, Shavetta, say, what's up Cuzzo?
I just glanced.  I saw him out of the corner of my eye
when I was going across the street.  I heard my cousin
say, what's up Cuzzo.  I looked back.  He said, what's
up?  She said, where's Iris?  He said, I thought she
was out here with you all.

    Q    He said I thought she was out here with you
all?

    A    Yes, sir.

    Q    And then what happened after he says that?

    A    I finished what I was doing across the street,
and he just walked on up the street towards the
playground with the man that he was with.  That was
that.

    Q    Did any of you tell him that you had been over
at the house earlier, over at Iris's house earlier?  Do
you recall that?

    A    I didn't.  I don't remember if anyone else
said.

    Q    Tell me about him walking up to the playground.

1    A    As I said, I was on the side of the Kentucky
2  Fried Chicken.  Coming out of Fav's bar everything is
3  visible.  You can see if you stand in the door, see
4  what I need to do.  I just walked across the street.  I
5  heard her ask where's Iris.  He responded I thought she
6  was out here with you all.  We started joking.  I was,
7  like, you all making Thanksgiving and stuff, and my
8  cousin started ragging about we out here getting --
9  that's how he used to come off with us when they would
10  beat us outside.  This time it wasn't nothing fun.
11  Initially he said he thought she was with us, and him
12  and the guy walked up the street and they were like
13  down in each other's hands and he kept on going and
14  that was that.

15    Q    When you last saw Iris, do you recall if she
16  had a coat on or not?

17    A    Yes, sir, yes, sir.

18    Q    And you recall that she was or was not wearing
19  one?

20    A    I recall she was wearing a coat.

21    Q    And could you describe that coat for me, if you
22  recall?

23    A    I don't know what they called the kind of coat,
24  just what I think it was a feather down or bomber with
25  like -- they had matching coats, but she had hers on.

1    I don't remember him having that on.  But it was either

2    feather down or bomber.  I know it had fur on the hood

3    and they had coats alike.

4        Q    How did you find out that Iris was dead?

5        A    Detective Duffin and Detective Carter.

6        Q    They are the ones that told you?

7        A    Yes, sir.

8        Q    The person you have been referring to as Cuzzo,

9    is he present in the courtroom today?

10       A    Yes, sir.

11       Q    What's he wearing?

12       A    He's wearing a white shirt with glasses,

13   writing with a blue ink pen.

14            MR. McCORMACK:  May the record reflect she has

15   identified the Defendant.

16            THE COURT:  Yes.

17            MR. McCORMACK:  No further questions.  Thank

18   you, Your Honor.

19            THE COURT:  Cross-examine.

20

21                    CROSS EXAMINATION

22

23   BY MR. MULLER:

24       Q    Fav's was like Cheers except Norm and Cliff

25   would have been dealing crack cocaine?

1    A    I'm sorry.  You spoke too fast.

2    Q    Fav's, everyone knew each other?

3    A    Yes.

4    Q    And it sounds from your testimony like a lot of

5    people were dealing drugs that went to Fav's?

6    A    Yes, sir.

7    Q    Okay.  And back in '96 how long had you been

8    dealing drugs?

9    A    '95, '96.

10    Q    So about a year, year and a half?

11    A    I don't want to say a year and a half, no.

12    Q    And you had known Iris for a number of years?

13    A    Yes, sir.

14    Q    Did you start dealing drugs at the same time?

15    A    I can't say that, sir.  We were just friends.

16    I don't know when she started dealing.

17    Q    You knew at some point she was dealing drugs?

18    A    Yes, sir.

19    Q    And when did that occur?

20    A    When did I know or when was she dealing?

21    Q    When did you know she was dealing?

22    A    I don't know.

23    Q    Most of 1996 is when she was dealing drugs?

24    A    Yes, sir.

25    Q    When you folks are dealing drugs, you're doing

1  it in the same areas?

2      A    Yes, sir, for the most part, yes, sir.

3      Q    And how long have you known Cuzzo, Mr. Love?

4      A    Maybe a year prior to him and Iris getting

5  together.

6      Q    And according to you when did they get

7  together?

8      A    I don't know, sir.

9      Q    Prior to December of '96 how long had they been

10  together?

11      A    I don't know, sir.

12      Q    Was Iris dealing drugs before she met Cuzzo,

13  Mr. Love?

14      A    Yes, sir.

15      Q    And you talked about dealing drugs in the same

16  areas but you weren't a team or anything like that,

17  right?

18      A    No, sir.

19      Q    You each did your own thing?

20      A    Yes, sir.

21      Q    So you found out about this, about Iris's

22  death, you indicated to Mr. McCormack, from Detective

23  Duffin and Carter?

24      A    Yes, sir.

25      Q    And when was that?

1    A    That morning that -- I believe it was before

2 noon they came on Market Street.

3    Q    How long after -- how long was it after you had

4 been to Iris's house that they came to see you?

5    A    Several hours; I don't know exactly how long it

6 was, several hours.  It was a lot going on that

7 morning.

8    Q    Now, you said normally to get the sales you

9 would have to be out there by 5 a.m., right?

10    A    Yes, sir, that was one of the times.

11    Q    But that morning you weren't out at 5 a.m.,

12 were you?

13    A    No, sir.

14    Q    When did you get up?

15    A    Anywhere around 8, 8:00 in the morning, close

16 to 8:00 I believe.

17    Q    When did you meet up with Shavetta Maynard?

18    A    We came out together.  I spent the night with

19 her the night before.

20    Q    Where was that?

21    A    Hall Manor.

22    Q    And where is Hall Manor in relation to 14th and

23 Market?

24    A    Three dollar sixty cent cab ride.

25    Q    Not really walking distance?

1    A    No, sir; you can though.

2    Q    Take a while?

3    A    15, 20 minutes.

4    Q    You took a cab.  Did you take a cab over to

5 McCleaster to Iris's apartment?

6    A    Yes, sir.

7    Q    And why were you going there?

8    A    We were to meet up in the mornings 5:00.  It

9 was Christmas season.  So we was really coming out

10 extra early putting time in, extra early hours just for

11 company, her and Cuzzo.

12    Q    This is around 8:00 according to you?

13    A    That I came outside.

14    Q    That you went to her apartment?

15    A    Roundabout, sir, I believe.

16    Q    Which door did you go to when you went to her

17 apartment?

18    A    Whatever door that is that's in the alleyway.

19    Q    Okay.  The one that is on McCleaster?

20    A    The one in the alleyway.  I don't know where

21 McCleaster Street is.

22    Q    Had you been inside her apartment before?

23    A    No, sir.

24    Q    You went there and you said you smelled

25 chicken?

1    A    Yes, sir.

2    Q    Did you knock at the door?

3    A    Yes, sir.

4    Q    More than once?

5    A    I used my foot and kicked it.

6    Q    So how long a time did you do that?

7    A    Long enough to kickback and say, I know you're

8  in there.  I don't know how many times that was.

9    Q    You would have been making kind of a racket to

10  get her attention, right?

11    A    Yes, sir.

12    Q    What was Shavetta doing?

13    A    Laughing.

14    Q    Did you knock and kick at the door?  Did you do

15  anything else?

16    A    Well, we were making conversation, what they

17  were in there doing.  That's it.

18    Q    How long do you think you were there?

19    A    Less than five minutes because the meter don't

20  stop, the meter was still running.

21    Q    The cab was still there?

22    A    Yes.

23    Q    So you get back in the cab, right?

24    A    Yes.

25    Q    And where do you go?

1    A    14th and Market, Fav's bar.

2    Q    How long did it take you to get there by cab?

3    A    From the alleyway?

4    Q    Yes.

5    A    Give or take two, three minutes.

6    Q    You would have gotten to 14th and Market some

7 time between 8 and 8:30?

8    A    I don't know.

9    Q    When you got to 14th and Market, what did you

10 do, Vetta do, do you get another cab?  What do you do?

11    A    Walk into Fav's bar, see who was there, got a

12 cranberry and orange juice.

13    Q    You ordered that from a bartender when you

14 walked in?

15    A    Yes.

16    Q    And did you drink it in there?

17    A    I started drinking it in there, but the door is

18 open to the bar and you can see the Kentucky Fried

19 Chicken parking lot very well by standing just in the

20 doorway of the bar.

21    Q    You saw one of your customers?

22    A    Yes, sir.

23    Q    So from Fav's you walk out and across the

24 street to the Kentucky Fried Chicken?

25    A    Yes, sir.

1     Q     Did you see anyone else beside your customer?

2     A     My cousin, Vetta Maynard was outside.  I saw

3 Cuzzo coming around the corner with a black male.

4     Q     What was the name?

5     A     I don't know.  I said a black male.

6     Q     You still dealt with your customer, right?

7     A     Yes, sir.

8     Q     How long did that take?

9     A     A second or two.

10     Q     Exchange the drugs for money?

11     A     Yes, sir.

12     Q     After -- where's this playground that you were

13 referring to?  If you're coming out of Fav's where is

14 the playground?

15     A     Let me put Fav's in my mind so I can tell you

16 my direction.  If I'm coming out of Fav's, I'm coming

17 this way -- (indicating) -- coming out of Fav's --

18 okay -- the playground if I'm coming out this way, the

19 playground is up the street but on the other side.  The

20 playground be on the same side as the Kentucky Fried

21 Chicken.

22     Q     The Kentucky Fried Chicken and playground are

23 across on Market Street from Fav's.

24     A     Yes, sir.

25     Q     And it's down there.  Did you ever tell the

1 police that you and Vetta were walking around the
2 playground and walking around Fav's before you saw
3 Cuzzo?

4     A    I don't recall.

5     Q    Let me go back to Detective Duffin and Carter
6 finding you there.  They found you at Fav's, right?

7     A    Outside, yes.

8     Q    At that point they told you what had happened
9 to Iris?

10     A    Yes, sir.

11     Q    At any time did you give them a statement back
12 in 1996?

13     A    When you say a statement you mean a statement
14 pertaining to Iris?

15     Q    Well, pertaining to what you just told us
16 today.

17     A    No, sir.  I don't recall giving them a
18 statement.

19     Q    But you found out Iris was dead.  You're saying
20 now that you saw Iris and Cuzzo leave the bar the night
21 before?

22     A    Yes.

23     Q    You didn't tell the police back in '96, '97,
24 did you?

25     A    I don't believe I was questioned back then.

1    Q   I'm not asking if you were questioned. I'm

2 asking if you told the police this information after

3 your best friend has been killed?

4    A   I never said she was my best friend.

5    Q   Your associate you've known for a number of

6 years and saw every day had just been killed, correct?

7    A   Yes, sir.

8    Q   The police come and tell you about that,

9 correct?

10    A   Yes, sir.

11    Q   You don't provide any information regarding

12 what you told us today back then, do you?

13    A   No, sir, because at the time information was

14 being provided to us from the streets.

15    Q   So you were finding out about what happened

16 through the rumor mill?

17    A   By the time I spoke with them I believe Cuzzo

18 was already in custody.

19    Q   When did you say you spoke to them, you mean,

20 Duffin and Carter?

21    A   Yes, sir.

22    Q   By noon that was already taken care of?

23    A   I'm sorry. Say that again.

24    Q   You think by noon; you indicated earlier that

25 Detectives Duffin and Carter came to notify you some

1  time before noon, right?

2     A   Yes, sir.

3     Q   And you believe at that point things had

4  already been taken care?

5     A   I don't believe things were taken care of.  I

6  just believe they already was aware what was going on

7  and what happened.

8     Q   You gave -- you sat down and gave a statement

9  to the police in December of 2001.  Do you remember

10 that?

11    A   Yes, sir.

12    Q   Five years later you sit down with the police

13 and you give them a statement, right?

14    A   Yes, sir.

15    Q   And how did that come about?  How do you end up

16 going down and giving a statement on December 18, 2001?

17    A   That I remember.  I believe I was dumbfounded

18 that Cuzzo was released and I think --

19    Q   Well --

20    A   I went to the detectives.  They didn't come

21 back to me.

22    Q   You went to the -- December of 2001 you went to

23 them because you were dumbfounded that Cuzzo had been

24 released?

25    A   More just wondering what happened, how I was

1  seeing on the streets and --

2      Q    Let me ask you this, back in December of 2001

3  were you still dealing drugs?

4      A    No, sir.

5      Q    You weren't?

6      A    No, sir.

7      Q    When did you stop dealing drugs?

8      A    November 18, 1998 when I caught a drug charge

9  and Judge Turgeon told me if she ever see me in the

10 courts again she was sending me up state.

11     Q    In December of 2001 were you still on

12 probation?

13     A    No, sir.

14     Q    Parole?

15     A    No, sir, I was never on parole.  I had

16 probation of 12 months, no prison time either.

17     Q    When you went and talked to the police in 2001,

18 do you recall talking about an argument that Iris and

19 Cuzzo got involved in?

20     A    Yes, sir.

21     Q    Involving her scratching him and breaking his

22 glasses?

23     A    Yes, sir.

24     Q    That's what you told the police.  They got into

25 a fight and she scratched him and broke his glasses.

1 Does that sound accurate?

2     A     Yes, sir.

3     Q     Then they were back together?

4     A     Yes, sir.

5     Q     And you had mentioned to Mr. McCormack that

6 Cuzzo, Mr. Love, was always around Iris?

7     A     Yes, sir.

8     Q     So that would also mean Iris was always around

9 him, right?

10     A     Yes, sir.

11     Q     Now, back in 2001 you're telling the police

12 that you had seen them in the bar the night before Iris

13 died?

14     A     Yes, sir.

15     Q     Do you recall telling them then it was 11:15?

16     A     I recall saying it was before 12, after 11 but

17 before 12, approximately 11:30, 11:45.  I don't recall

18 saying 11:15.

19     Q     Let me show you your statement.  I'm going to

20 show you something to look through and identify it or

21 if you recognize it.

22     A     What are you asking me to read?

23     Q     I'm asking you to look at that and tell me if

24 you know what it is.

25     A     Yeah, it was my statement.

1    Q    Did you sign it on the last page?

2    A    Yes, sir, that's my signature.

3    Q    What's the date on this?

4    A    December 18, 2001.

5    Q    And on page 2, what does it say about the time?

6    A    Can you run your finger across there again?

7    Q    At some point you told them you looked at the

8    clock in Fav's and noticed what time it was?

9    A    I didn't say the time.

10    Q    You didn't?

11    A    I said it was around.  I looked at the clock.

12    It was around.  I didn't say in between 11:30 --

13    Q    You looked at the clock and saw the time.  Who

14    walked out first?  I guess I'm confused.  Iris walked

15    out first?

16    A    Yes, sir.

17    Q    And Cuzzo walked out after she walked out?

18    A    Yes, sir.

19    Q    Now, was she already out the door?  Was she

20    already out the door before he walked out?

21    A    I was facing the junk box.  I'm not sure.

22    Q    You didn't see when he walked out?

23    A    I saw him passing by.  There was a couple of

24    guys gave a pound.

25    Q    You say a pound like -- are you talking --

1  (indicating.)

2      A    Yes.

3      Q    You didn't see him walk out the door at that

4  time?

5      A    Cuzzo?

6      Q    Yes.

7      A    No, sir.  I just saw him walking behind her.

8  By the time I got done putting my coins in, him and her

9  were gone.

10     Q    He gave you the peace sign and walked out the

11 door, a pound sign, whatever he signified, and said he

12 was going.  You gave that statement back in 2001.  You

13 told them that he asked if you had seen Iris when you

14 saw him at KFC?

15     A    He actually didn't ask me.  He asked Vetta.

16     Q    You were there.  You were standing there with

17 Shavetta?

18     A    Not at the time; I was across the street making

19 a transaction.

20     Q    You weren't there when he asked Shavetta

21 where's Iris, you were across the street?

22     A    I was there when Vetta asked him.  I did not

23 ask him.  He said I thought she was with you all and I

24 don't know.

25     Q    I'm going to show you page two of your

1  statement from 2001.  He said I thought she was with

2  you and I don't know.  I bracketed a small area if you

3  could read that.  Who asked who what?

4      A    Shavetta asks Cuzzo, have you seen Iris?  Then

5  he told her I thought she was with you all.

6      Q    I'm asking what you said back in 2001.  That's

7  not what you said --

8      A    Well, I joked and I laughed and I said I

9  thought she was with you having Thanksgiving.  They

10  were together.  We thought you all were in there

11  cooking Thanksgiving.  That's what I said.  That's what

12  I'm reading.  I said, where's Iris?

13      Q    He says, what's up, T?  What's up, V?  And

14  asked had we all seen Iris?

15      A    Well, sir --

16      Q    Right?

17      A    Yes.

18      Q    You joked with him.  I think you referred to

19  about being out there in the morning.

20      A    We joked about the smell, joked about the

21  Thanksgiving, we were out there.

22      Q    When you guys were just together just a couple

23  of minutes --

24      A    Who?

25      Q    You, Shavetta and Cuzzo that morning.

1      A    We seen him.  We were not together.  Yes, we
2   saw him.

3      Q    You talked to him?

4      A    After he spoke to me.  I said hi after he spoke
5   to me.

6      Q    I didn't catch that?

7      A    I said hi after he spoke to me.

8      Q    Then he walked up 14th Street?

9      A    Yes, sir.

10     Q    How do you know -- I don't think there's
11  anything in your statement about what Iris was wearing
12  that night.  How do you know nine years later what she
13  was wearing?

14     A    Am I to answer, sir?

15     Q    I'll rephrase that.  Back when you talk about
16  what Iris was wearing in 2001, you said just the white
17  coat that her and Cuzzo had alike, correct?

18     A    I believe so.

19     Q    Did you say back then what Cuzzo was wearing?
20  I'll rephrase it.  Did you ever tell the police what
21  Cuzzo was wearing?

22     A    I believe I described the coat that I believe
23  he had on.

24          MR. MULLER:  The Court's indulgence.
25  BY MR. MULLER:

1    Q    When you were there that morning at Fav's and

2  KFC, was Kentucky Fried Chicken open?

3    A    I don't recall, sir.

4    Q    The only time you saw Iris that night was that

5  brief period in the bar; is that correct?

6    A    Earlier that day I saw her like here and there.

7  We wasn't hanging out that day or anything really,

8  spending time or talk.  I just saw her here and there

9  in the area.

10    Q    But that night --

11    A    Yes, sir.

12    Q    -- that brief period that you were in the bar?

13    A    Yes, sir.  Excuse me, sir.  Can I answer your

14  questions about Kentucky Fried Chicken being open?

15    Q    Okay.

16    A    They were not open.  That's why we went to

17  Fav's because they open up at 7:00 in the morning.

18    Q    Who opens at 7:00 in the morning?

19    A    Fav's bar.

20    Q    What was your customer doing over at Kentucky

21  Fried Chicken?

22    A    Me?

23    Q    You said your customer was over at KFC.

24    A    On that side of the street, he was in the

25  Kentucky Fried Chicken parking lot.

1    Q    He was just hanging out?

2    A    Looking for drugs.

3    Q    One more thing, when Mr. McCormack talked to

4  you about dealing and successfully dealing the crack

5  cocaine.  You said females had -- I don't know how you

6  phrased it -- a better chance or did better, correct?

7    A    Dealing drugs?

8    Q    Yes.

9    A    Yes.

10    Q    And I assume it was much easier for the females

11  to hang out and sell drugs to out-of-town truckers

12  coming through the city?

13    A    No, sir.

14    Q    It wasn't?

15    A    No, it wasn't.  It didn't make a difference

16  then.  Out of towners they didn't know us from guys.

17    Q    It seems from what you were saying females have

18  a better chance?

19    A    I don't recall saying females having a better

20  chance with of town truckers, sir.

21         MR. MULLER:  That's all I have.

22         THE COURT:  Any redirect?

23         MR. McCORMACK:  Yes, Your Honor.

24

25

REDIRECT EXAMINATION

BY MR. McCORMACK:

   Q   What time did you say Kentucky Fried Chicken opens?

   A   Around then, I believe 10:00.

        MR. McCORMACK:  Those are all the questions I have.

        MR. MULLER:  Nothing further.

        THE COURT:  Thank you.  You may step down.

        MR. McCORMACK:  Wendy Harris.

WENDY HARRIS,

having been sworn, was examined and testified as follows:

DIRECT EXAMINATION

BY MR. McCORMACK:

   Q   Ma'am, could you please tell us your name?

   A   Wendy Harris.

   Q   And did you know a woman by the name of Iris Fennel?

   A   Yes.

   Q   How do you know Iris?

1    A    From school; we were just friends.

2    Q    How long had you known her?

3    A    Probably about seven, ten years.

4    Q    Your voice is kind of low.

5    A    About seven to ten years.

6    Q    Seven to ten years?

7    A    Um-hum.

8    Q    Were you -- what was Iris doing for a living at

9    the time frame when she died?

10   A    What did she do for a living?

11   Q    How was she making money?

12   A    Selling drugs.

13   Q    And do you recall the last time that you saw

14   Iris?

15   A    Yes.

16   Q    Where were you when you last saw Iris?

17   A    We was at the bar on 14th and Market.

18   Q    What was the bar called?

19   A    Fav's.

20   Q    And can you tell the jury what you recall about

21   your last time that you saw Iris?

22   A    When I saw her she was leaving out the door.

23   She said she was on her way home.  That was about it.

24   She was on her way home.

25   Q    Did you see anybody else after that?

1    THE COURT:  I'm sorry?

2  BY MR. McCORMACK:

3    Q    Did you see anybody else after Iris left?  Did

4  you run into anybody else?

5    A    Yeah, I ran into her boyfriend.

6    Q    What was her boyfriend's name?

7    A    We called him Cuzzo.

8    Q    Did you have any conversations with him?

9    A    Yes.  He asked did I see her.  I told him I saw

10 her and she told me she was on her way home, and he

11 went to the pay phone and called her or he went to the

12 pay phone and she had -- she hadn't gotten there yet.

13   Q    And then you say that's the last time you saw

14 Iris; is that correct?

15   A    Yes.

16   Q    Did you go looking for Iris at any point after

17 that?

18   A    Yes, the next day.

19   Q    Tell me about that.

20   A    I went to her house and I knocked on the door.

21 I remember there was a speaker on her porch.  We had a

22 conversation earlier that week.  She told me her

23 speaker had burnt out and I had -- there was a smell in

24 the air so I assumed it was the speaker.  So I knocked

25 on the door and I started to try the knob and I didn't.

```
 1   I knocked two or three times.  No one answered so I
 2   left.
 3       Q    You said there was a smell in the air?
 4       A    Yes.
 5       Q    What did it smell like?
 6       A    Something burning.
 7       Q    How long do you think you stayed at the house
 8   before you left?
 9       A    I would say about two minutes.
10       Q    Did you ever hear about Iris having a gun in
11   the house?
12       A    Yes.
13       Q    Did she ever tell you where she kept the gun?
14       A    I think somewhere in the kitchen.
15       Q    Now, when you were -- after you were at Iris's
16   house, did you go anywhere else that day?
17       A    Yes.  I went down to Market Street.  I rode
18   around probably around the bar there, Fav's.  Then I
19   went to an apartment at 13th and Market.  A friend of
20   ours lived there.  I thought maybe she might have been
21   there.  So I went in and I asked did they see her.
22   They said no.
23       Q    You didn't see Iris, but did you see her
24   boyfriend at any point in time?
25       A    Yes.  As I walked to the window there -- there
```

1  was a big window.  You could see Market Street.  I saw

2  him standing in front of the Five and Ten right there

3  on Market Street.

4     Q   Was he doing anything?  Was he with anybody?

5     A   No, he was just standing there by himself.

6     Q   The person that you saw at the bar making the

7  call at the pay phone and the person you saw standing

8  on the street the next day that you've been referring

9  to as Cuzzo, is he present in the courtroom?

10     A   Yes.

11     Q   And can you point him out to me and tell me

12  what he's wearing?

13     A   He's there on the left in the white shirt.

14        MR. McCORMACK:  May the record reflect she has

15  identified the Defendant.

16        THE COURT:  Yes.

17        MR. McCORMACK:  At this time they are all the

18  questions I have, Your Honor.

19        THE COURT:  Cross.

20        MR. GIUNTA:  Thank you, Your Honor.

21

22              CROSS EXAMINATION

23

24  BY MR. GIUNTA:

25     Q   Ms. Harris, you indicated while you were at

1  Fav's on the night --

2      A    Um-hum.

3      Q    -- on the night that Iris had approached you

4  and indicated that she was leaving the bar, correct?

5      A    Yes.

6      Q    Do you recall what time that was?

7      A    Maybe around 11 or 12.

8      Q    When you indicated you saw Tyshaunt come out,

9  what time was that?

10     A    I don't recall exactly what time.  It might

11 have been a couple of minutes, maybe about 30 or 45

12 minutes later after she had left.

13     Q    When he went to the pay phone to make the call?

14     A    Yes.

15     Q    So Tyshaunt did not leave with Iris?

16     A    No.

17     Q    And that evening -- let me rephrase that.  The

18 next morning you went by Iris's house, correct?

19     A    Yes.

20     Q    Do you recall what time that was?

21     A    Around 11 a.m.

22     Q    You indicated there was a speaker on the front

23 porch?

24     A    Yes.

25     Q    While you were there you smelled something

1  burning?

2     A    Yes.

3     Q    You really didn't pay any mind to it.  You

4  thought it was the speaker, correct?

5     A    Yes.

6     Q    You waited at the house for about two minutes?

7     A    Um-hum.

8     Q    Give or take?

9     A    Um-hum.

10    Q    Then you traveled towards Market Street?

11    A    Yes.

12    Q    Towards your friend's apartment?

13    A    Yes.

14    Q    And you just testified that was around 11:00?

15    A    11:00 when I got to her house?

16    Q    Yes.

17         THE COURT:  When you got to Iris's house.

18         THE WITNESS:  Yes, 11:00.

19  BY MR. GIUNTA:

20    Q    And while you were there that's when you

21  indicated you looked out the window and you saw

22  Mr. Love out by the Five and Ten store, correct?

23    A    Yes.  I drove down to Market Street, 13th and

24  Market.

25    Q    You didn't see anybody else with him?

1 A No.

2 Q He was by himself?

3 A Um-hum.

4 Q Mr. McCormack asked if you were aware of Iris

5 having a gun.

6 A Yes.

7 Q And she did have a gun, correct?

8 A Yes. I didn't see it but I heard things.

9 Q And are you aware, did Iris ever indicate to

10 you why she had the gun?

11 MR. McCORMACK: Objection, Your Honor.

12 MR. GIUNTA: Well, Your Honor, I believe it

13 goes to --

14 THE COURT: Don't you have to lay a foundation

15 how she could come across -- sustained.

16 MR. GIUNTA: I'll move on.

17 MR. MULLER: The Court's indulgence.

18 BY MR. GIUNTA:

19 Q Ms. Harris, did Iris indicate to you why she

20 had a gun or tell you why?

21 A There was a time some, I guess -- I think it

22 was guys trying to rob her, something like that. That

23 was like protection.

24 MR. GIUNTA: Your Honor, may I approach?

25 THE COURT: Yes.

BY MR. GIUNTA:

 Q    I want you to take a look at this and tell
me -- you can read -- don't read through it.  Just
glance through the pages and tell me if you recognize
what that is.

 A    Um-hum.

 Q    And what is that?

 A    A statement.

 Q    And is your signature on the last page of this
statement?

 A    Yes.

 Q    And did you -- can you tell us what day you
gave that statement?

 A    12/21/96.

 Q    Now, I want to focus your attention, if you
would read, not out loud just to yourself in between
those two?

 A    Okay.

 Q    Now, are you aware of the reason for the gun?
Could you tell us why she had the gun based on your
statement?

 A    I stated that she had Kazar and Candi living at
her house, just in case he would disrespect her.

 Q    When you say he, you're referring to Kazar?

 A    Yes.

1    Q   You mentioned in case he tried to disrespect

2 her.  That was in case she tried to defend herself?

3    A   Yes.

4    Q   Just that morning when you were looking through

5 the window you didn't see anybody else with Tyshaunt?

6    A   No.

7    Q   In front of the Five and Ten?

8    A   No.

9    Q   Are you aware of or do you know Shavetta

10 Maynard?

11    A   Yes.

12    Q   And do you know Tawana Poteat?

13    A   Yes.

14    Q   Where do you know them from?

15    A   From the outside, around the bar there.

16    Q   And that morning did you see them outside?

17    A   Yes.

18    Q   Where did you see them?

19    A   At the bar.

20    Q   At Fav's?

21    A   Um-hum.

22    Q   Was that inside or outside of the bar?

23    A   Probably inside.

24    Q   And do you recall what time that was?

25    A   It had to have been maybe between 12 and 12:30,

1 a little later.

2     Q    That's after you went to Iris's house?

3     A    Yeah.

4     MR. GIUNTA:  No further questions.

5     THE COURT:  Any redirect?

6

7               REDIRECT EXAMINATION

8

9 BY MR. McCORMACK:

10     Q   Do you recall Mr. Giunta asked you to look at

11 one part of the statement from 1996?  Do you recall

12 what was immediately after that statement, what portion

13 that he asked you about her having a gun just in case

14 Kazar tried to disrespect her.  Was there anything else

15 that you said later on in that statement.

16     THE COURT:  About?

17     MR. McCORMACK:  About why she had the gun.

18     THE WITNESS:  Not that I can recall.

19 BY MR. McCORMACK:

20     Q   If I showed you your statement would that

21 refresh your recollection?

22     A    Yes.

23     Q   You look at it.  I would ask you to look at the

24 next question in the statement there.  Just read it to

25 yourself.

1    A    Yes.

2    Q    What was another reason why she had a gun?

3    A    She told me one night some guys robbed her and

4 they took everything she had and she stated that she

5 wouldn't let it happen again.

6        MR. McCORMACK:  No further questions.

7        MR. GIUNTA:  Nothing further, Your Honor.

8        THE COURT:  Thank you.  You may step down.  Can

9 I see counsel real quick at sidebar?

10        (A discussion is held at sidebar off the

11 record.)

12        THE COURT:  Ladies and gentlemen, scheduling

13 being, as I said, somewhat difficult to arrange, we're

14 at a point we need to address legal matters that are

15 pending and I have a couple of matters of my own that I

16 need to deal with.  You're going to get an early break

17 today; because we anticipate some of our discussions

18 may run into the morning so we'll let you sleep in, but

19 be back here so that we can start up at 9:30 as opposed

20 to 8:30.  That's the good news.

21        Put your notebooks in your envelopes and we'll

22 collect them.  The bad news, to the extent it's not

23 really bad news, I think I should tell you as I

24 projected, it's unlikely we'll get through all of the

25 witnesses' testimony and closing arguments, etc., by

1  the end of the day tomorrow, which means if you have

2  arrangements to make or should notify folks your jury

3  duty will run into next week, you should do that

4  because that appears to be likely.

5       Now, go home and enjoy your evening.  Don't

6  talk about the case with anyone or amongst yourselves.

7  We'll see you tomorrow morning about 9:30.

8       Counsel, I'll see you in chambers.

9       (The jury exited the courtroom at 4:03 p.m.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

CERTIFICATE

I hereby certify that the proceedings and evidence are contained fully and accurately in the notes taken by me on the hearing of the above cause, and that this is a correct transcript of the same.

_____
Joanne M. Kohn
Official Court Reporter

The foregoing record of the proceedings of the above cause is hereby approved and directed to be filed.

_____        _____
Date                          Bruce F. Bratton, Judge