# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | No. 104 MAL 2012 |
| Respondent | Petition for Allowance of Appeal from the Order of the Superior Court |
| v. | |
| TYSHAUNT LOVE, | |
| Petitioner | |

## ORDER

**PER CURIAM**

**AND NOW**, this 18th day of July, 2012, the Petition for Allowance of Appeal is **DENIED**.

A True Copy Elizabeth E. Zisk
As Of 7/18/2012

Attest: *[signature]*
Chief Clerk
Supreme Court of Pennsylvania