IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TYSHAUNT LOVE,** | : | Civil No. 1:13-cv-456 |
| **Plaintiff,** | : | |
| v. | : | |
| **MARIROSA LAMAS, et al.,** | : | |
| Respondents. | : | Judge Sylvia H. Rambo |

# O R D E R

Before the court is a report and recommendation filed by the magistrate judge in which he recommends that Plaintiff Tyshaunt Love's petition for writ of habeas corpus be dismissed as untimely. Plaintiff has not filed any objections to the report and recommendation and the time for submitting objections has passed.

Accordingly, **IT IS HEREBY ORDERED AS FOLLOWS:**

1) The report and recommendation (Doc. 33) is **ADOPTED**.

2) The petition for writ of habeas corpus is **DISMISSED AS UNTIMELY** and a certificate of appealability will not be issued.

3) The clerk of court shall close this file.

                                            s/Sylvia Rambo
                                            SYLVIA H. RAMBO
                                            United States District Judge

Dated: November 7, 2016