IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TYSHAUNT LOVE,** : | |
| : | Civil No. 1:13-cv-456 |
| **Plaintiff,** : | |
| : | |
| v. : | |
| : | **Judge Sylvia H. Rambo** |
| **MARIROSA LAMAS, et al.,** : | |
| : | **Magistrate Judge Carlson** |
| **Respondents.** : | |

# **O R D E R**

**AND NOW**, this 21st day of February, 2017, **IT IS HEREBY ORDERED** that:

1) The court adopts the report and recommendation of the magistrate judge.

2) The petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is dismissed as untimely.

3) The clerk of court shall close this case.

4) The court declines to issue a certificate of appealability for the reasons set forth in the report and recommendation and the accompanying memorandum.

   s/Sylvia H. Rambo
   SYLVIA H. RAMBO
   United States District Judge