IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TYSHAUNT LOVE,** | : | Civil No. 1:13-cv-0456 |
| Plaintiff, | : | |
| v. | : | |
| **MARIROSA LAMAS,** *et al.*, | : | |
| Defendant. | : | Judge Sylvia H. Rambo |

## **O R D E R**

AND NOW, this 2nd day of May, 2017, **IT IS HEREBY ORDERED** that the motion for reconsideration (Doc. 40) is **DENIED**.

For the reasons set forth in the accompanying memorandum of law, any appeal taken from this order is deemed frivolous and not taken in good faith.

                                                 s/Sylvia H. Rambo
                                                 SYLVIA H. RAMBO
                                                 United States District Judge